DANIEL ROBERT BARTLEY, Bar No. 79586
DanielBartleyLaw@aol.com
BARTLEY LAW OFFICES
1999 South Bascom Avenue, Suite 700
Pruneyard Towers – South Tower
Campbell, California, 95008-2205
Telephone: 415-847-2060
Fax: 415-842-0300
Attorney for Plaintiff
ALBERT YBARRA

ERIC C. BELLAFRONTO, Bar No. 162102
ebellafronto@littler.com
COOPER J. SPINELLI, Bar No. 299299
cspinelli@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Fax: 408.288.5686
Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

APPROVED
Judge Edward J. Davila
9/19/2017

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT YBARRA, | Case No. 5:16-cv-04224-NC |
| Plaintiff, | **JOINT STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL PARTIES AND ALL CAUSES OF ACTION** |
| v. | |
| PRAXAIR DISTRIBUTION, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

The parties, by and through counsel, hereby jointly stipulate to dismissal of this action with prejudice as to all parties and all causes of action.

| | | |
|---|---|---|
| Date: September 9, 2017 | | BARTLEY LAW OFFICES<br>ATTORNEYS FOR PLAINTIFF<br>ALBERT YBARRA |
| | | */s/ Daniel R. Bartley* |
| | By: | _____ |
| | | Daniel Robert Bartley, Esq. |
| | | |
| Date: September 11, 2017 | | LITTLER MENDELSON,<br>ATTORNEYS FOR DEFENDANT<br>PRAXAIR DISTRIBUTION, INC. |
| | | */s/Eric C. Bellafronto* |
| | By: | _____ |
| | | Eric C. Bellafronto, Esq. |